AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** California

Scott Johnson

Plaintiff (s),

V.

Starbucks Corporation

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:17-cv-02082-TLN-EFB

Notice is hereby given that, subject to approval by the court, __Starbucks Corporation__ substitutes
(Party (s) Name)

__Cathy L. Arias__, State Bar No. __141989__ as counsel of record in
(Name of New Attorney)

place of __Shane Singh__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Burnham Brown
Address: 1901 Harrison Street, 14th Floor, Oakland, CA 94612
Telephone: (510) 444-6800    Facsimile (510) 835-6666
E-Mail (Optional): carias@burnhambrown.com

I consent to the above substitution.
Date: 04/10/2018        /s/ Tami Hamalian
                        (Signature of Party (s))

I consent to being substituted.
Date: 04/10/2018        /s/ Shane Singh
                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 04/10/2018        /s/ Cathy L. Arias
                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: APRIL 12, 2018

Troy L. Nunley
United States District Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Print    Save As...    Export as FDF    Retrieve FDF File    Reset